UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


REGINA HAMMONS,

      Plaintiff,

                                Civil No. 07-550-HA

  v.

                                JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.


     Based on the record,

     IT IS ORDERED AND ADJUDGED pursuant to sentence four of 42 U.S.C. § 405(g),

the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER

PROCEEDINGS.

     Dated this __24__ day of September, 2008.


                            _____/s/ ANCER L. HAGGERTY_____
                               ANCER L. HAGGERTY
                      UNITED STATES DISTRICT JUDGE