UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REGINA HAMMONS,

    Plaintiff,

  v.                                    Civil No. 07-550-HA

                                        ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, Chief Judge:

    Before the court is plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act [19]. Defendant does not object to the amount requested. Nevertheless, the court has reviewed the hourly rates and time entrees and finds them to be reasonable and proper.

    Therefore, the court awards plaintiff attorney fees in the amount of $7,499.99.

    IT IS SO ORDERED.

    DATED this  7  day of January, 2009.

                                                              /s/ Ancer L. Haggerty
                                                               Ancer L. Haggerty
                                                      United States District Court

1- ORDER